# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00372-CV

**In re Greg Daniels**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a motion for temporary relief and a petition for writ of mandamus.

We deny the motion and the petition for writ of mandamus. *See* Tex. R. App. P. 52.8, 52.10.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Filed:   June 4, 2012